UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

FELICIA HESTER,                    :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :        Case No. 3:23-cv-00143-TES-MSH
                                   :
MARTIN O'MALLEY,                   :
Commissioner of Social Security,   :
                                   :
    Defendant.                     :

## **ORDER**

Under sentence four of the Social Security Act, 42 U.S.C. § 405(g), this Court has the authority to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand. The Commissioner requests that the Court remand this case to the agency for further consideration and administrative action and states that upon remand, an administrative law judge will offer the Plaintiff the opportunity for a hearing, further consider the opinion evidence, and issue a new decision. The Commissioner's unopposed motion is GRANTED, and this case is hereby REMANDED.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this **26** day of March, 2024.

Tilman E. Self, III
United States District Judge